BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE HORWITZ, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS
DEC 11 2019
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY PATRICIA MEDLEN,<br>DANIEL LEE MEDLEN JR.,<br><br>Defendants. | Case No. CR 19-0409-S BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 471<br>18 U.S.C. § 473<br>18 U.S.C. § 492<br>18 U.S.C. § 982(a)(2)(B)<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE
**Counterfeiting and Forging Obligations or Securities of the United States**
**18 U.S.C. §§ 471 and 2**

On or about October 12, 2019, in the District of Idaho, the defendants, Kelly Patricia Medlen and Daniel Lee Medlen Jr., with intent to defraud, did counterfeit (falsely make, forge, alter, and any applicable combination) an obligation of the United States, that is, a falsely made,

forged and counterfeited one-hundred-dollar Federal Reserve Note, Series of 1996, Serial Number KK71835789B, and aided and abetted the same, in violation of Title 18, United States Code, Sections 471 and 2.

## COUNT TWO
## Counterfeiting and Forging Obligations or Securities of the United States
## 18 U.S.C. §§ 471 and 2

On or about October 12, 2019, in the District of Idaho, the defendants, Kelly Patricia Medlen and Daniel Lee Medlen Jr., with intent to defraud, did counterfeit (falsely make, forge, alter, and any applicable combination) an obligation of the United States, that is, a falsely made, forged and counterfeited one-hundred-dollar Federal Reserve Note, Series of 1996, Serial Number AL52024513A, and aided and abetted the same, in violation of Title 18, United States Code, Sections 471 and 2.

## COUNT THREE
## Dealing in Counterfeit Obligations
## 18 U.S.C. §§ 473 and 2

On or about October 12, 2019, in the District of Idaho, the defendants, Kelly Patricia Medlen and Daniel Lee Medlen Jr., did knowingly buy, exchange, transfer, receive, and deliver to VF Outlet, a false, forged, counterfeited, and altered obligation of the United States, that is, a one-hundred-dollar Federal Reserve Note, Series of 1996, Serial Number KK71835789B, with the intent that the same be passed, published and used as true and genuine, and aided and abetted the same, in violation of Title 18, United States Code, Sections 473 and 2.

## Criminal Forfeiture Allegations
## 18 U.S.C. §§ 492, 982(a)(2)(B) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Counts One, Two, or Three of this Indictment, the defendants, Kelly Patricia Medlen and Daniel Lee Medlen Jr., shall forfeit to the United States:

1. Any property constituting, or derived from proceeds obtained directly or indirectly as a result of such violations; or

2. All counterfeits of any coins or obligations or other securities of the United States or of any foreign government; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. §§ 471 or 473; and any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the defendant without proper authority.

3. The property to be forfeited includes, but is not limited to, the following:

Seized Personal Property.

      a) LG cellphone bearing serial number 355565100988271;
      b) LG cellphone bearing serial number 355565100977118;
      c) Lenovo Yoga laptop bearing serial number MP1HKDVH;
      d) Silver HP laptop bearing serial number 8CG6520NKR;
      e) White Lenovo laptop bearing serial number YD01LP79;
      f) ASUS laptop bearing serial number D9NOCY300945389;
      g) Samsung cellphone bearing IMEI 353568100771160;
      h) LC cellphone bearing serial number 014089000674223;
      i) LG cellphone bearing serial number 014088001615714;
      j) $6,070 in U.S. currency.

Substitute Assets.

Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the

Indictment-3

defendants assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred or sold to, or deposited with, a third person;

    c.    Has been placed beyond the jurisdiction of the court;

    d.    Has been substantially diminished in value; or

    e.    Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 10 day of December, 2019

A TRUE BILL

/s/ [signature on reverse]

_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
KATHERINE L. HORWITZ
ASSISTANT U.S. ATTORNEY

Indictment-4